## GENERAL COURT, MAY TERM, 1801.

### The State *vs.* Boone's Executors.

A plea of *plene administravit* cannot be withdrawn at the trial court for the purpose of pleading *ne unques executor]*

ACTION of debt. Defendants pleaded *payment* and *plene administravit.* Plaintiff replied the general replications, and issues were joined, and the cause standing for trial at the present term.

*Gantt,* for the defendants, moved the court to permit him to withdraw the plea of *plene administravit,* for the purpose of pleading, a plea of *ne unques executors.*

BUT THE COURT refused to give the leave, or permit the plea to be filed.

*Martin,* (Attorney General,) for the State.